UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| KATHY MINTUN and TYRON HILL-PATTERSON, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>KENCO LOGISTIC SERVICES, LLC,<br><br>Defendant. | Case No. 2:19-cv-02348-CSB-EIL<br><br>Judge Colin Stirling Bruce<br>Magistrate Judge Eric I. Long |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Kathy Mintun and Tyron Hill-Patterson ("Plaintiffs") and Defendant Kenco Logistic Services, LLC ("Defendant") (collectively with Plaintiffs, "the Parties"), by and through their undersigned counsel, jointly give notice that Defendant and Plaintiff Hill-Patterson have reached an agreement to resolve his claims and Plaintiff Mintun intends to voluntarily dismiss her claims. In order to allow Defendant and Hill-Patterson sufficient time to finalize their settlement agreement, the Parties respectfully request that this Court extend Defendant's pleading deadline and the Parties' deadline to submit an agreed discovery plan by 30 days until July 3, 2020, and strike the Rule 16 Scheduling Conference currently scheduled for June 8, 2020 at 10:15 AM.

Dated: June 3, 2020                                                       Respectfully submitted,

| | |
|---|---|
| KATHY MINTUN and TYRON HILL-PATTERSON<br><br>By:  /s/ *David Fish*<br>         One of His Attorneys | KENCO LOGISTIC SERVICES, LLC<br><br>By:  /s/ *Jody Kahn Mason*<br>         One of Its Attorneys |
| David Fish<br>THE FISH LAW FIRM PC<br>Suite 123<br>200 E 5th Ave<br>Naperville, IL 60563<br>630-355-7590 | Jody Kahn Mason<br>Jason A. Selvey<br>JACKSON LEWIS P.C.<br>150 North Michigan Avenue, Suite 2500<br>Chicago, Illinois 60601<br>(312) 787-4949 |

| | |
|---|---|
| Fax: 630-929-7590<br>dfish@fishlawfirm.com<br><br>Brandon M. Wise<br>Paul A. Lesko<br>Peiffer Wolf Carr & Kane APLC<br>818 Lafayette Avenue<br>St Louis, MO 63104<br>314-833-4825<br>bwise@pwcklegal.com<br>plesko@simmonsfirm.com | Jody.Mason@jacksonlewis.com<br>Jason.Selvey@jacksonlewis.com |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 3, 2020, she caused a true and correct copy of the foregoing ***Joint Notice of Settlement*** to be filed electronically using the Court's Electronic Filing System, which will send notification to all counsel of record.

/s/ *Jody Kahn Mason*