# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| KATHY MINTUN and TYRON HILL-PATTERSON, *individually and on behalf of all others similarly situated,* <br><br> Plaintiffs, <br><br> v. <br><br> KENCO LOGISTIC SERVICES, LLC, <br><br> Defendant. | Case No. 2:19-cv-02348-CSB-EIL <br><br> Judge Colin Stirling Bruce <br> Magistrate Judge Eric I. Long |

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above-captioned matter hereby stipulate and agree that all claims of Tyron Hill-Patterson shall be dismissed with prejudice by agreement of the parties. The parties further agree that all claims of Kathy Mintun shall be dismissed without prejudice and without the assessment of attorneys' fees or costs to any party.

Dated: June 23, 2020

/s/ *David Fish*

David Fish
THE FISH LAW FIRM PC
Suite 123
200 E 5th Ave
Naperville, IL 60563
630-355-7590
Fax: 630-929-7590
dfish@fishlawfirm.com


Counsel for Tyron Hill-Patterson and
Kathy Mintun

Respectfully submitted,

/s/ *Jody Kahn Mason*

Jody Kahn Mason
Jason A. Selvey
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
(312) 787-4949
Jody.Mason@jacksonlewis.com
Jason.Selvey@jacksonlewis.com


Counsel for Kenco Logistic Services, LLC

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on June 23, 2020, she caused a true and correct copy of the foregoing ***Joint Stipulation for Dismissal*** to be filed electronically using the Court's Electronic Filing System, which will send notification to all counsel of record.

/s/ *Jody Kahn Mason*